IN THE UNITED STATES DISTRICT COURT
for the
DISTRICT OF VERMONT

| | |
|---|---|
| LINDSAY COBB,<br>      Plaintiff,<br><br>      v.<br><br>UNIFUND CCR, LLC,<br>BAUER, GRAVEL, FARNHAM,<br>JOHN J. BALKUNAS JR., and<br>ROBIN VESZPREMY<br><br>      Defendants. | Docket No. 5:14-cv-00254 |

### DEFENDANTS' MEMORANDUM UPDATING COURT AS TO STATUS OF STATE ACTION

Pursuant to the Court's directive in its June 2, 2015 Ruling on Motion to Stay Proceedings, Defendants Unifund CCR, LLC, Bauer Gravel Farnham, John J. Balkunas, Jr., and Robin Veszpremy ("Defendants") provide the following update to the Court on the status of the state action of Unifund CCR, LLC v. Lindsay Cobb, Docket No. 166-4-14 Wmcv:

There has been no activity in the state action since Defendants' last status report to the Court. Defendants and Mr. Cobb each have pending a motion for summary judgment. The trial court has not ruled on either dispositive motion. On June 21, 2016, Mr. Cobb filed a "Response to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Defendant's Opposition to Plaintiff's Second Motion for Summary Judgment." On July 28, 2016, Defendants filed a reply to that memorandum, and the motions remain ripe for decision.

1

Respectfully submitted,

*/s/ Elizabeth M. Shaffer, Esq.*
Alan H. Abes, Esq.
Elizabeth M. Shaffer, Esq.
Dinsmore & Shohl LLP
255 E. 5th St., Suite 1900
Cincinnati, OH 45202
Telephone:  513.977.8128
Facsimile:  513.977.8141
E-mail:  alan.abes@dinsmore.com
E-mail:  elizabeth.shaffer@dinsmore.com

Nicole A. Killoran, Esq.
Bauer Gravel Farnham, Attorneys at Law
401 Water Tower Circle, Suite 101
Colchester, VT 05446
Telephone: 802.863.5538
Facsimile: 802.864.7779
E-mail: nkilloran@vtlawoffices.com

**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on the 31st day of January, 2017, a true and correct copy of the foregoing was served via CM/ECF filing to the following:

Joshua L. Simonds
The Burlington Law Practice, PLLC
2 Church St., Ste G
Burlington, VT 05401

*Attorney for Plaintiff*

                     */s/   Elizabeth M. Shaffer, Esq.*_____