IN THE UNITED STATES DISTRICT COURT
for the
DISTRICT OF VERMONT

| | |
|---|---|
| LINDSAY COBB,<br>        Plaintiff,<br><br>        v.<br><br>UNIFUND CCR, LLC,<br>BAUER, GRAVEL, FARNHAM,<br>JOHN J. BALKUNAS JR., and<br>ROBIN VESZPREMY<br><br>        Defendants. | Docket No. 5:14-cv-00254 |

## DEFENDANTS' MEMORANDUM UPDATING COURT AS TO STATUS OF STATE ACTION

Pursuant to the Court's directive in its June 2, 2015 Ruling on Motion to Stay Proceedings, Defendants Unifund CCR, LLC, Bauer Gravel Farnham, John J. Balkunas, Jr., and Robin Veszpremy ("Defendants") provide the following update to the Court on the status of the state action of Unifund CCR, LLC v. Lindsay Cobb, Docket No. 166-4-14 Wmcv:

Unifund CCR, LLC ("Unifund") filed the state action against Lindsay Cobb ("Mr. Cobb") to recover a credit card debt in the amount of $9,777.18. Unifund sued Mr. Cobb for breach of contract and unjust enrichment. On April 11, 2017, the Windham Superior Court granted Mr. Cobb's motion for summary judgment on these claims, and denied Unifund's motion for summary judgment on those claims. Unifund timely filed a Notice of Appeal to the Vermont Supreme Court.

The parties are currently working together to schedule a mediation that could potentially resolve all claims in the state court matter and in this case. That mediation is tentatively scheduled for June 21, 2017. The parties in the state court action are also working toward an

agreed extension allowing Unifund until August 1, 2017 to file its opening brief in the state court appeal.

        Respectfully submitted,

        */s/ Elizabeth M. Shaffer, Esq.*
        Alan H. Abes, Esq.
        Elizabeth M. Shaffer, Esq.
        Dinsmore & Shohl LLP
        255 E. 5th St., Suite 1900
        Cincinnati, OH 45202
        Telephone:  513.977.8128
        Facsimile:  513.977.8141
        E-mail:  alan.abes@dinsmore.com
        E-mail:  elizabeth.shaffer@dinsmore.com

        Thomas Nuovo, Esq.
        Bauer Gravel Farnham, Attorneys at Law
        401 Water Tower Circle, Suite 101
        Colchester, VT 05446
        Telephone: 802.863.5538
        Facsimile: 802.864.7779
        E-mail: tnuovo@aol.com

        **Attorneys for Defendants**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 1st day of June, 2017, a true and correct copy of the foregoing was served via CM/ECF filing to the following:

Joshua L. Simonds
The Burlington Law Practice, PLLC
2 Church St., Ste G
Burlington, VT 05401

*Attorney for Plaintiff*

                                                            */s/   Elizabeth M. Shaffer, Esq.*