UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 JUN 30  AM 11: 18

CLERK
BY /s/
DEPUTY CLERK

| | |
|---|---|
| LINDSAY COBB ) | |
|     Plaintiff ) | |
|     v. ) | Civil Action No. 5:14-cv-00254 |
| ) | |
| UNIFUND CCR, LLC; ) | |
| BAUER, GRAVEL, FARNHAM; ) | |
| JOHN BALKUNAS, JR; ) | |
| ROBIN VESZPREMY ) | |
|     Defendant ) | |

### EVALUATOR'S REPORT

Pursuant to Rule 16.3(j) of the United States District Court, District of Vermont Local Rules, the undersigned ENE Evaluator, Gordon C. Gebauer, Esq., hereby files this report:

A. The ENE session in this matter was commenced on June 21, 2017 at the offices of Bauer Gravel Farnham in Colchester, Vermont. The session began at 9:30 AM and concluded at approximately 6:30 PM.

B. The Plaintiff was present and represented by Joshua L. Simonds, Esq. The Defendants, Bauer Gravel Farnham, John Balkunas, Jr. and Robin Veszpremy were present through their attorney and authorized agent, Thomas Nuovo, Esq. Unifund CCR, LLC was present and represented through its in-house legal counsel, Susan Appel, Esq., and through its outside counsel, Elizabeth M. Shaffer, Esq. Each party had full decision making authority.

C. Not Applicable.

D. Plaintiff and Defendants filed evaluation statements with the evaluator prior to the scheduled ENE session.

E. Each Party had the opportunity to make an initial statement at the session.

F. The case SETTLED at the ENE session on June 21, 2017.

Dated at Essex Junction, Vermont this 28th day of June, 2017.

Gordon C. Gebauer, Esq.
4 Park St. Suite 201
Essex Junction, VT 05452
802-871-5482